# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:22-CV-00116-KDB-DSC

| | |
|---|---|
| CASE FARMS PROCESSING INC., et. al., | )<br>)<br>) |
| Plaintiffs, | )<br>) **ORDER** |
| v. | )<br>) |
| ANTONY BLINKEN, et. al., | )<br>) |
| Defendants. | )<br>) |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Edward F. Ramos, Ira J. Kurzban and John P. Pratt]" (documents ##6-8) filed October 31, 2022. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: October 31, 2022

David S. Cayer
United States Magistrate Judge